UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>TILRAY, INC., BRENDAN KENNEDY, CHRISTINE ST. CLARE, REBEKAH DOPP, SOREN SCHRODER, and MICHAEL AUERBACH,<br><br>            Defendants. | Case No. 1:21-cv-02955 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Charles Williams ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  May 11, 2021

**WEISSLAW LLP**

By: */s/ Richard A. Acoccelli*
     Richard A. Acocelli
     1500 Broadway, 16th Floor
     New York, NY  10036
     Telephone: 212/682-3025
     Facsimile:  212/682-3010
     Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*